IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION



SECURITIES AND EXCHANGE §
COMMISSION, §
           PLAINTIFF, §
 §
V. §       CAUSE NO. 1:21-CV-235-LY
 §
PAUL W. HAARMAN, PATRICK E. §
DUKE, APEG ENERGY GP, LLC, §
           DEFENDANTS. §

## ORDER ON REPORT AND RECOMMENDATION

Before the court in the above-referenced cause is the Complaint filed by the Securities and

Exchange Commission (the "SEC") (Doc. 1) on March 11, 2021; Motion to Dismiss the Complaint

filed by Defendants Paul W. Haarman, Patrick E. Duke, and APEG Energy GP, LLC (collectively,

the "Defendants") (Doc. 15); and all responses and replies, which were referred to a United States

Magistrate Judge for Report and Recommendation. *See* 28 U.S.C. § 636(b); FED. R. CIV. P. 72;

Loc. R. W.D. Tex. App'x C, R. 1(d). The magistrate judge rendered a Report and Recommendation

on January 25, 2022 (Doc. 28).

A party may serve and file specific written objections to the proposed findings and

recommendations of a magistrate judge within 14 days after being served with a copy of the report

and recommendation and thereby secure *de novo* review by the district court. *See* 28

U.S.C. § 636(b); FED. R. CIV. P. 72(b). A party's failure to timely file written objections to the

proposed findings, conclusions, and recommendation in a report and recommendation bars that party,

except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual

findings and legal conclusions accepted by the district court. *See Douglass v. United Servs. Auto*

*Ass'n*, 79 F.3d 1415, 1423 (5th Cir. 1996) (en banc).

Defendants filed objections to the Report and Recommendation on February 7, 2022 (Doc. 30), which the SEC responded to on March 1, 2022 (Doc. 36). In light of the objections, the court will undertake a *de novo* review of the record and applicable law in this case.

Defendants object to the magistrate judge's conclusion that the SEC asserted a claim under the Investment Advisers Act (15 U.S.C. § 80b-6(1)–(2)); asserted a claim under the securities laws (15 U.S.C. § 77q(a); 15 U.S.C. § 78j(b)); 17 C.F.R. § 240.10b-5); and alleged fraud with adequate particularity (FED. R. CIV. P. 9(b)). Defendants' objections primarily reassert arguments raised before the magistrate judge. The court will overrule Defendants' objections.

**IT IS THEREFORE ORDERED** that Defendants' objections to the Report and Recommendation (Doc. 30) are **OVERRULED**.

**IT IS FURTHER ORDERED** that the United States Magistrate Judge's Report and Recommendation (Doc. 28) is **APPROVED** and **ACCEPTED**.

**IT IS FINALLY ORDERED** that Defendants' motion to dismiss (Doc. 15) is **DENIED IN PART** and **GRANTED IN PART** without prejudice, and the SEC is granted leave to amend its complaint. The SEC is **ORDERED** to file an amended complaint in accordance with the terms of this order **on or before April 1, 2022**.

SIGNED this _**11th**_ day of March, 2022.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE