IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SECURITIES & EXCHANGE COMMISSION, § § § | |
| *Plaintiff* § § | Case No. 1:21-CV-00235-LY |
| VS. § § | |
| PAUL W HAARMAN, PATRICK E DUKE, and APEG ENERGY GP, LLC, § § § § | |
| *Defendants* | |

## ORDER SETTING INITIAL PRETRIAL CONFERENCE

IT IS HEREBY ORDERED that the above entitled and numbered case is set for an INITIAL PRETRIAL CONFERENCE by telephone on **Tuesday, September 6, 2022, at 3:30 PM, Austin, Texas time.** The parties shall provide the court with their direct telephone numbers **on or before 12:00 PM Austin, Texas time, on Friday, September 2, 2022**, via email to Courtroom Deputy Clerk, Samantha Oakes at Samantha_Oakes@txwd.uscourts.gov.

The parties' proposed scheduling order is tentatively approved and the parties shall comply with the dates set forth in paragraphs 1 through 7 of such proposed order pending the initial pretrial conference.

At the initial pretrial conference, the Court will schedule a final pretrial conference and set a trial month.

SIGNED this 27th day of June, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE