# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| SECURITIES & EXCHANGE COMMISSION,<br>*Plaintiff*<br><br>v.<br><br>PAUL W. HAARMAN, PATRICK E. DUKE, and APEG ENERGY GP, LLC,<br>*Defendants* | § § § § § § § § § <br><br>Case No. 1:21-cv-00235-DAE |

## ORDER CONTINUING MEDIATION

Mediation of this case is set for December 13, 2023 before this Magistrate Judge. Dkt. 59. On December 5, 2023, counsel moved to withdraw from representation of Defendant Patrick E. Duke, citing a "breakdown in communication" and stating that Duke "refuses to answer phone calls and emails from me." Dkt. 61 at 4. The motion is not yet ripe and remains pending.

In view of the motion to withdraw, mediation of this case is **HEREBY CONTINUED** pending further order of the Court.

**SIGNED** on December 8, 2023.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE