UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SECURITIES & EXCHANGE COMMISSION,<br>*Plaintiff*<br><br>v.<br><br>PAUL W HAARMAN, PATRICK E DUKE, APEG ENERGY GP, LLC,<br>*Defendants* | § § § § § § § § § § | No. 1:21-CV-00235-DAE |

# ORDER

Before the Court is Matthew Ford's—attorney for Defendant Patrick E. Duke—Motion for Withdrawal as Counsel, Dkt. 61. The District Judge referred the motion to the undersigned for disposition. The motion indicates that for several months, Duke has not responded to Ford's calls or emails and that Duke is "seriously in arrears" on his bills for fees and costs. *Id.* at 4-5.

The Court set the motion for hearing, Dkt. 63, at which Ford and counsel for Plaintiff Securities & Exchange Commission, were present. Duke, despite receiving notice from Ford that the Court had ordered his appearance at the hearing, *see id.*, did not appear. After considering the motion, its accompanying declaration, and the arguments at the hearing, the Court announced its ruling, and the reasons for it, on the record.

For the reasons stated on the record, the Court **GRANTS** Ford's Motion for Withdrawal as Counsel, Dkt. 61.

2

SIGNED February 6, 2024.

                                              DUSTIN M. HOWELL
                                              UNITED STATES MAGISTRATE JUDGE