# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| SECURITIES & EXCHANGE COMMISSION,<br>　　*Plaintiff*<br><br>v.<br><br>PAUL W. HAARMAN, PATRICK E. DUKE, and APEG ENERGY GP, LLC,<br>　　*Defendants* | § § § § § § § § § | Case No. 1:21-cv-00235-DAE |

## MEDIATION REPORT

**TO THE HONORABLE DAVID A. EZRA**
**UNITED STATES DISTRICT JUDGE:**

This is to report that mediation was conducted by this Magistrate Judge on July 10, 2024.

Despite good-faith efforts, the parties were unable to reach a settlement of the case.

**SIGNED** on July 10, 2024.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　SUSAN HIGHTOWER
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE