IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § § § |
| Plaintiff, | § § |
| vs. | § § Civil Action No.: 1:21-cv-235-DAE |
| **PAUL W. HAARMAN, PATRICK E. DUKE, and APEG ENERGY GP, LLC,** | § § § |
| Defendants. | § § § |

### NOTICE OF INTENT TO NOT PROCEED TO TRIAL ON CLAIMS FOR WHICH THE COURT HAS NOT FOUND LIABILITY

Pursuant to the Court's Order Granting in Part and Denying in Part Motion for Clarification or Reconsideration [Dkt. No. 89], Plaintiff Securities and Exchange Commission ("Commission") files this notice of its intention not to proceed to trial on claims for which the Court has not found liability.

1. Following the Commission's Motion for Partial Summary Judgment, and the parties' briefing thereon, the Court entered its Order Granting in Part and Denying in Part Plaintiff's Partial Motion for Summary Judgement. *See* Dkt. Nos. 82 & 89.

2. The Court ordered the Commission "to advise the Court whether it intends to proceed to trial on all or some of the claims for which the Court has not found liability." Dkt. 82 at 30 and Dkt. No. 89 at 6.

3. Pursuant to the Court's orders, the Commission hereby advises the Court that it does not intend to proceed to trial on the claims for which the Court has not found liability.

4. Accordingly, the Commission is preparing to file a motion for remedies and for entry of final judgment against Defendants based on the claims for which the Court has found liability. Unless otherwise ordered, the Commission expects to file this motion within approximately 60 days.

Dated: August 7, 2025				Respectfully submitted,

					*/s/ Tyson M. Lies*
					TYSON M. LIES
					Texas Bar No. 24087927
					United States Securities and Exchange Commission
					Fort Worth Regional Office
					801 Cherry Street, Suite 1900
					Fort Worth, Texas 76102
					Ph: 817-978-1421
					Fax: 817-978-4927
					liest@sec.gov

					ATTORNEY FOR PLAINTIFF
					SECURITIES AND EXCHANGE COMMISSION

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2025, I electronically filed the foregoing via the Court's CM/ECF filing system, which will send a notice of electronic filing to all CM/ECF participants. I further certify that I served a true and correct copy of the foregoing document and the notice of electronic filing via electronic mail as detailed below:

| *Via email to patrick@dynevolve.com and pduke@apegtx.com*<br><br>Patrick Duke, *Pro Se* | *Via email to mford@fordobrien.com*<br><br>Matthew Ford<br>Counsel for Defendants Paul W. Haarman and APEG Energy GP, LP |
| --- | --- |

					*/s/ Tyson M. Lies*
					Tyson M. Lies

2