IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**FILED**
September 10, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: DM
DEPUTY

**SECURITIES AND EXCHANGE COMMISSION,**
Plaintiff,
vs.
**PAUL W. HAARMAN, PATRICK E. DUKE, and APEG ENERGY GP, LLC,**
Defendants.
Civil Action No.: 1:21-cv-235-DAE

**DEFENDANT PATRICK E. DUKE'S MOTION TO DEEM REPLY TIMELY FILED**

Defendant Patrick E. Duke, appearing pro se, respectfully moves the Court to deem his Reply in Support of his Objections to the Magistrate Judge's Report and Recommendation, along with Exhibits B, D, and I, timely filed as of August 31, 2026, the date the Reply was due.

Defendant attempted to file the Reply and accompanying exhibits with the Clerk's Office before the close of business on August 31, 2026. Defendant subsequently learned from the Clerk's Office that the submission could not be processed because it was transmitted as a single compressed ("zip") file, a format the Court's electronic filing system does not accept. Defendant was not previously aware of this technical limitation.

Upon learning of this issue from the Clerk's Office, Defendant promptly corrected the submission by refiling the Reply and each exhibit as individual documents, consistent with the Court's electronic filing requirements.

Defendant additionally notes that copies of the Reply and accompanying exhibits were transmitted by email to counsel of record for Plaintiff on August 31, 2026, the same day the Reply was due, prior to any resubmission. Plaintiff therefore had actual notice of and access to the complete substance of the Reply on the date it was due, notwithstanding the docketing issue described above, and has suffered no prejudice from the brief delay in the filing's formal acceptance by the Clerk's Office.

Defendant respectfully submits that this sequence of events reflects a good-faith, timely attempt to comply with the Court's filing deadline, followed by prompt correction upon notice of a technical formatting issue outside Defendant's knowledge at the time of the original submission — not any attempt to delay these proceedings or gain any tactical advantage. Defendant further notes that this Court has previously extended leniency to Defendant, as a pro se litigant, with respect to a comparable procedural matter earlier in this case. See Dkt. 108 (Order Granting Motion for Leave).

For the foregoing reasons, Defendant respectfully requests that the Court deem the Reply and accompanying Exhibits B, D, and I timely filed as of August 31, 2026.

Respectfully submitted,

Dated: September 1, 2026

/s/ Patrick E. Duke
Patrick E. Duke, Pro Se